JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney
THOMAS MOORE (ASBN 4305-O78T)
Assistant United States Attorney
Chief, Tax Division
THOMAS M. NEWMAN (NYSBN 4256178)
Assistant United States Attorney
 9th Floor Federal Building
 450 Golden Gate Avenue, Box 36055
 San Francisco, CA 94102
 Telephone:  (415) 436-6888
 Fax:           (415) 436-6748
  Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

UNITED STATES OF AMERICA and ) Case No.  10-cv-2758-SI
MICHAEL FILICE, Revenue Officer, )
                                                        )
            Petitioners,               ) STIPULATION
                                                        )
      v.                                           )
                                                        )
HAIG A. HARRIS, Jr.,               )
                                                        )
            Defendant.               )
_____ )

The Parties Stipulate as follows:

1.     Petitioners, the UNITED STATES OF AMERICA and its Revenue Officer,
Michael Filice, filed this action in order to enforce an Internal Revenue Summons.

2.     The IRS summons requests information related to Respondent's assets and income over specified periods.  The summons states that the information is necessary to collect Respondent's outstanding tax debts for 2005 - 2008.

3.     The parties agree that the summons is enforceable in that: (1) it was issued for a valid purpose, (2) seeks information relevant to that purpose, (3) the information is not already in the IRS's possession, and (4) there is no Department of Justice Referral.

4.     Respondent agrees to provide the information requested in the summons and requires until September 20, 2010, to provide the information.

5.     The parties agree this case should be dismissed pursuant to Fed. R. Civ. P. 41, and

1  that either party may move to reopen the case if a dispute arises regarding whether Respondent
2  has fully complied.
3     6.     The parties further stipulate, with the Court's approval, that the Order to Show
4  Cause Hearing set for August 13, 2010, and the Case Management Conference set for October 1,
5  2010, should be vacated.

JOSEPH P. RUSSONIELLO
United States Attorney

/s/Thomas Newman
THOMAS M. NEWMAN
Assistant United States Attorney
Tax Division

/s/Haig Harris
HAIG HARRIS
Respondent

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| Petitioner, | ) | Case No. 10-cv-2758-SI |
| v. | ) | |
| HAIG A. HARRIS, Jr., | ) | [proposed] ORDER |
| Respondent. | ) | |

In accordance with the parties' stipulation, it is so ORDERED.

Dated: August __, 2010

SUSAN ILLSTON
UNITED STATES DISTRICT JUDGE

*Case No. 10-cv-2758-SI*
*ORDER*                    3